IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICKEAL VARNUM,<br><br>        Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-450-NJR-DGW |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Mickeal Varnum and Defendant Owens-Illinois, Inc. submit this stipulation of dismissal of all claims, crossclaims, and counterclaims, which were or could have been alleged, against Defendant Owens-Illinois, Inc. and with each party to bear its own costs.

Respectfully submitted,


/s/ Ben A. Vinson, Jr. (with consent)
Ben A. Vinson, Jr.
Vinson Law
4230 S. MacDill Ave. Ste. 201
Tampa, FL  33611
(813) 839-5708
(813) 831-5043 (facsimile)

*Attorneys for Plaintiff*
*Mickeal Varnum*

/s/ Brian O. Watson
Edward Casmere
Brian O. Watson
Schiff Hardin LLP
233 S. Wacker Dr. Suite 6600
Chicago, Illinois  60606
(312) 258-5500
(312) 258-5600 (facsimile)

*Attorneys for Defendant*
*Owens-Illinois, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies on July 20, 2015, these papers were filed with the Clerk of the Court for the United States District Court for the Southern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Brian O. Watson
Brian O. Watson

12997-9561
CH2\16935145.1